# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151817(139)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ADRIAN MAHDEE AKRAM,
      Defendant-Appellant.
_____/

SC: 151817
COA: 315402
Wayne CC: 07-012443-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on August 3, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015

